# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158854(38)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re I.M. LONG, Minor.

SC: 158854
COA: 344326
Oakland CC Family Division:
  2017-849503-NA

_____/

On order of the Chief Justice, the motion of petitioner-appellant to extend the time for filing her supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 14, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2019



Clerk